**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA,

v.

PATRICK TORMAY BRITTON-HARR,

*Defendant.*

**Case No. 25-cr-143-ABA**

**GOVERNMENT'S PROPOSED EDITS TO THE COURT'S
VOIR DIRE ANSWER SHEETS**

The United States of America, by and through undersigned counsel, hereby submits the

government's proposed edits to the Court's voir dire answer sheets, which were filed by the Court

in its Order setting a deadline for the parties to file pretrial materials (ECF No. 70).   The

government's proposed edits are indicated in red.

Dated: May 4, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

Lorinda I. Laryea
Chief, Fraud Section
United States Department of Justice

*/s/   Ari D. Evans*
Ari D. Evans
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201

Ariel Glasner
Trial Attorney
Department of Justice, Criminal Division
Fraud Section
1400 New York Avenue, N.W.
Washington, D.C., 20005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| **UNITED STATES OF AMERICA** | * |  |
| v. | * | **CRIMINAL NO.  25-0143-ABA** |
| **PATRICK BRITTON-HARR,** | * |  |
| *Defendant.* | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PROSPECTIVE JUROR ANSWER SHEET

Please fill in your juror number in the blank at the end of this paragraph. The judge will ask you questions to assist him in selecting the members of the jury. After the judge asks each question, mark your answer on this answer sheet. After the judge has asked all of the questions, and you have made all of your answers, each prospective juror will meet with the judge, the lawyers, and the parties in the courtroom. At that time, the judge will be given your answer sheet and will discuss with you those questions to which you have answered "yes." Accordingly, space has been provided after each question on this sheet to allow you to make a note or two if that will assist you in explaining your "yes" answer. Please note: the judge and the lawyers will have access to your answer sheet and the information you supply there.

**Juror Number:** _____

1. Do you have any difficulty understanding the English language to the extent that it would prevent you from following the testimony in this case?

    ____YES ____NO

2. In this case, Mr. Britton-Harr has been charged by a grand jury in an indictment. The indictment charges Mr. Britton-Harr with wire fraud.

    a. Have you read or heard anything about this case from any source whatsoever?

        ____YES ____NO

    b. What was the nature of what you heard or saw?

        _____

        _____

    c. If so, have you formed an impression or opinion as to the merits of the case?

        ____YES ____NO

    d. Would that opinion prevent you from maintaining an open and impartial mind until all of the evidence is presented and the instructions of the Court are given?

        ____YES ____NO

3.     The Defendant in this case, Patrick Britton-Harr, was the CEO of a company called AeroVanti.  Do you know, or have you had any dealings with, Mr. Britton-Harr or any of his friends, associates, or family members, or with the company AeroVanti?

_____YES _____NO

4.     Do you know, or have you had any dealings with, any of the following persons or members of their families:

     a.   Judge Adam B. Abelson—the judge presiding over this matter?

        _____YES _____NO

     b.   Counsel for the Government, Assistant United States Attorney Ari D. Evans, or Ariel Glasner, trial attorney for the Department of Justice?

        _____YES _____NO

     c.   Case agent for the Government, Special Agent Charles Bradford with the Department of Transportation, Office of the Inspector General?

     c.d. Counsel for Mr. Britton-Harr, Gerald C. Ruter?

        _____YES _____NO

     d.e. The United States Attorney for the District of Maryland, Kelly O. Hayes, or any of the Assistant United States Attorneys, or any other employee of the United States Attorney's Office?

        _____YES _____NO

     f.   The Chief of the U.S. Department of Justice, Criminal Division, Fraud Section, Lorinda I. Laryea or any of the Trial Attorneys or any other employee of the

3

Fraud Section?

YES    NO

e.g. The following people who may be witnesses in this case, or who may be mentioned:

1. i. Austin Branson
2. Benjamin Ricketts
3. Bernard Woolfley
4. FBI Special Agent Briana Green
5. Daniel Marchick
6. Daniel Sallick
7. Devin Weisleder
8. Edward Burke
9. George Cataldo
10. Ian Hill
11. Jack Gilchrist
12. James Deckman
13. Jordan Wycoff
14. Joseph Maruca
15. Joseph Mele
16. Kathleen Butler
17. Kevyn Demartino
18. Kristin Vogel
19. Kurt Schultz
20. Kylie Linstead
21. Lee "Bradley" Smith
22. Michael Crudden
23. Richard Rofe
24. Robert De Pol

3

25. Robert Savoie

26. Ron Grubb

27. Stephan Gratziani

28. Sterling McLamore

29. Steven Leitess

30. Tekoa Nantze

31. Tracy Deckman

32. [Representative from DocuSign]

33. [Representative from Jewelers Trade Shop]

34. Dion Morrow (Verizon)

35. William Jenkins

36. William Eacho

37. William LeBlanc

38. William Morris

1.39.    ]Wyatt Lane

ii.

iii.

iv.

v.

vi.

vii.

viii.

_____YES _____NO

5.  Are you or is anyone in your family or any of your friends a pilot?

        YES       NO

6.  Do you or does anyone in your family or any of your friends work for an airline?

        YES       NO

7.  Do you or does anyone in your family ~~of~~ or any of your friends work for the Federal

    Aviation Administration?

        YES       NO

8.  Have you or has anyone in your family ever paid to fly or traveled as a passenger on a

    private jet?

        YES       NO

9.  Have you or has anyone in your family ever defaulted on a loan or a mortgage?

      YES     NO

10. Have you or has anyone in your family ever started a business or worked for a startup company?

      YES     NO

5.11.  Do you know anyone who works in this courthouse in any capacity?

     YES    NO

6.12.  Look around the room.  Do you know, or are you acquainted with, anyone on this jury panel?

     YES    NO

7.13.  Have you served on a jury panel where any party was represented by any of the lawyers in this case?

     YES    NO

8.14.  Have you, any member of your family, or any of your close friends ever been employed by the United States Department of Justice, the Office of the State's Attorney, the Maryland Attorney General's Office, the Office of the Federal Public Defender, the Office of the State Public Defender, any private defense attorney, other court-related agencies, sheriff's office, clerk's office, the state parole/probation office, the United States Marshal's Service or any other law enforcement or court related agency?

4

____YES ____NO

9.15.   Have you, any member of your family, or any of your close friends ever been employed by or connected with any law enforcement agency, state or federal, or any of the other agencies I just mentioned?

____YES ____NO

10.16. Have you, any member of your family, or a close friend ever been involved in a legal dispute with the Government or any agency of the Government?

____YES ____NO

11.17. Have you, any member of your family, or any of your close friends ever been charged, arrested, or accused of criminal conduct or been the subject of a criminal investigation?

____YES ____NO

12.18. Have you, any member of your family, or any of your close friends ever been convicted of a crime?

____YES ____NO

13.19. Have you, any member of your family, or any of your close friends ever been the victim of a crime?

____YES ____NO

14.20. Have you, any member of your family, or any of your close friends ever been a witness to a crime?

____YES ____NO

15.21. Have you, any member of your family, or any of your close friends ever been a witness

for the prosecution or the defense in a criminal case?

____YES ____NO

16.22. Have you, any member of your family, or any of your close friends ever attended a law

school or had legal training?

____YES ____NO

17.23. Have you ever served on a grand jury in either state or federal court? If so, did anything

happen during your service as a grand juror that would influence you in any way in this

case?

____YES ____NO

18.24. Have you ever served as a juror in a criminal or civil case in either state or federal court?

**IF YES:**

    a.   In what court did you serve as a juror, what charges were involved in the

        trial, and what was the result of the trial?

        _____

    b.  Do you believe the case was decided unfairly?

        ____YES ____NO

    c.  Did anything happen during the course of your jury service that would

6

influence you in any way in deciding this case in a fair and impartial manner?

_____YES _____NO

19.25. Under our Constitution, there is a presumption that every person charged with a criminal offense is presumed innocent unless and until proven guilty beyond a reasonable doubt. Would you have any difficulty in applying this presumption?

_____YES _____NO

20.26. It is improper to consider, in reaching a verdict, any bias, prejudice, or personal views you may have about the race, religion, national origin, sex, or age of the Defendant or any other individual involved in this case. Do you have any bias or prejudice, based on race or any other characteristic, that would prevent you from rendering a fair and impartial verdict in this case?

_____YES _____NO

21.27. As noted, there has been an indictment in this case. The Court will instruct you that an indictment is merely an allegation and is not proof of anything. Do you believe that Mr. Britton-Harr is, probably is, or may be guilty simply because he has been charged with a crime in an indictment?

_____YES _____NO

22.28. In every criminal case, it is the Government's burden to prove guilt beyond a reasonable doubt, and that burden never shifts to a defendant, for the law never imposes upon a defendant in a criminal case the burden or duty to call witnesses or produce any

7

evidence. Do you think it is unfair that the Government has the burden of proof in a criminal case?

_____YES _____NO

23.29. In other words, a criminal defendant has no burden and does not have to prove his innocence. Under the law, a defendant in a criminal case is not required to explain his or her side of the case and has an absolute right not to testify. Would you have any difficulty in accepting these principles? Specifically, would you hold it against the Defendant, Mr. Britton-Harr, if he chose not to testify?

_____YES _____NO

24.30. During this trial, law enforcement officers will be testifying for the Government. Would you tend to give greater weight or lesser weight to the testimony of such a witness simply because he or she is a law enforcement officer?

_____YES _____NO

25.31. During this trial, you may will also hear from civilian witnesses—meaning people who are not police law enforcement officers. Would you tend to give greater weight or lesser weight to the testimony of such a witness merely because he or she is a civilian witness?

_____YES _____NO

26.32. Do you feel that the testimony of a witness called by the prosecution is entitled to any greater or lesser consideration than the testimony of a witness called by the defense? Stated differently, do you feel that the testimony of a defendant or a witness called by

the defense is entitled to any greater or lesser consideration than the testimony of a witness called by the prosecution?

____YES ____NO

27.33. Do you have any reservations about prosecutors, law enforcement agents, other law enforcement personnel, or criminal defense attorneys that would prevent you from rendering a fair and impartial verdict in this case?

____YES ____NO

28.34. At the end of this trial, I will instruct you on the law which must be followed in this case.

      a.  Even if you personally did not agree with the law as I describe it to you, would you hesitate—or be unwilling or unable—to follow my instructions on the law?

          ____YES ____NO

      b.  If you have an opinion on what the law should be, and your opinion was different from my instructions on what the law is, would you hesitate—or be unwilling or unable—to follow my instructions on the law?

          ____YES ____NO

29.35. Do you have any opinions, religious or moral beliefs, philosophies, or any other beliefs or prejudices that would prevent you from judging the conduct of another person?

____YES ____NO

9

30.36. Do you feel, for whatever reason, that you would have difficulty sitting in judgment of one who may have committed fraud?

_____YES _____NO

31.37. Do you have any reservations concerning the administration of criminal justice in the courts that would prevent you from rendering a fair and impartial verdict in this case?

_____YES _____NO

32.38. Do you have any concerns or beliefs about the criminal law, including laws that prohibit fraud, that would prevent you from rendering a fair and impartial verdict in this case?

_____YES _____NO

39.    Do you have any concerns or beliefs that would prevent you from rendering a fair and impartial verdict in a fraud case based on the economic status of the victims of a fraud?

_____YES _____NO

33.40. Do you know of any other reason why you could not sit with absolute impartiality to both sides as a juror in this case?

_____YES _____NO

34.41. As a juror, you would be required to listen closely to the testimony and examine the evidence introduced at trial. Do you have any health-related problems, such as loss of hearing or eyesight, that would make it difficult for you to see, hear, and understand the witnesses and exhibits during the trial or would make it difficult for you to participate in any other way as a juror in this case?

10

_____YES _____NO

35.42. Are you presently taking any medication or under any emotional stress to the extent that it might make you unable to give your full attention to the evidence presented?

_____YES _____NO

36.43. Do you suffer from any physical or mental illness or condition or are you receiving counseling for issues that would affect your ability to serve as a juror in this case for any reason?

_____YES _____NO

37.44. This trial is expected to last **approximately fifteen days.** The Court will not be sitting on Friday, May 22, or Monday, May 25. Is there any reason the expected duration of the trial that would prevent you from sitting as a juror or alternate for this length of time?

_____YES _____NO

38.45. Do you have anything else you wish to bring to my attention regarding your possible service as a juror in this case about which I have not already asked you?

_____YES _____NO

11