## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Criminal No. ABA-25-143 |
| | * |
| PATRICK BRITTON-HARR, | * |
| | * |
| Defendant. | * |
| | * |

*******

## VERDICT FORM

### COUNT ONE (Wire Fraud)

How do you find the defendant, Patrick Britton-Harr, as to Count One of the Indictment?

GUILTY __X__        NOT GUILTY _____

### COUNT TWO (Wire Fraud)

How do you find the defendant, Patrick Britton-Harr, as to Count Two of the Indictment?

GUILTY __X__        NOT GUILTY _____

### COUNT THREE (Wire Fraud)

How do you find the defendant, Patrick Britton-Harr, as to Count Three of the Indictment?

GUILTY __X__        NOT GUILTY _____

### COUNT FOUR (Wire Fraud)

How do you find the defendant, Patrick Britton-Harr, as to Count Four of the Indictment?

GUILTY __X__        NOT GUILTY _____

## COUNT FIVE (Wire Fraud)

How do you find the defendant, Patrick Britton-Harr, as to Count Five of the Indictment?

GUILTY ___X___        NOT GUILTY _____

## COUNT SIX (Wire Fraud)

How do you find the defendant, Patrick Britton-Harr, as to Count Six of the Indictment?

GUILTY ___X___        NOT GUILTY _____

The foregoing constitutes the unanimous verdict of the jury.

Signed this _3_ day of _JUNE_, 2026.

**SIGNATURE REDACTED**

JURY FOREPERSON