The Law Offices Of

# GERALD C. RUTER

PROFESSIONAL CORPORATION

9411 Philadelphia Road, Suite O
Baltimore, Maryland  21237
(410) 238-8000
Fax:  (410) 238-0597
E-Mail: ruterlaw@verizon.net

July 17, 2026

Honorable Adam B. Abelson
United States District Judge
101 W. Lombard Street
Baltimore, Maryland 21201

**Re: United States v. Patrick Britton-Harr
Case No. ABA-25-0143
ABA-25-0144**

**STATUS REPORT**

Dear Judge Abelson:

The Court held a telephone conference with the parties on July 9, 2026, to address ECF Nos. 133 and 133-1, both submitted by the Court on July 2, 2026. At the conclusion of the telephone conference the Court ordered a status report by July 17, 2026. This Status Report follows.

On July 15, 2026, counsel spoke with Mr. Evans and Mr. Glasner.

I informed the government that I would request a Motion for New Trial pursuant to Rule 33 to be submitted by July 30, 2026. The government seeks permission to respond by August 13, 2026, and I seek permission to reply by August 20, 2026.

The parties agree that the sentencing hearing in 0143 be continued from the scheduled August 26 date. I propose that sentencing be continued until the conclusion of the trial in 0144 now scheduled to commence on October 13, 2026. The government wishes to hold the sentencing sometime before the start of 0144.

As directed, the parties discussed the timing of 0144. I advised the government that I would seek a later starting date by one or two weeks. I have discussed the matter with my co-counsel, Chris Purpura who was not on the telephone call referenced above since it primarily dealt with 0143.

Page Two
Honorable Adam B. Abelson
July 17, 2026

Defense counsel is unsure whether a one- or two-week continuance to the start of 0144 would be adequate.

The Government has provided its position as follows: "The Government believes that there is no basis to continue the trial beyond the October 13th start date. Any issues raised in briefing the Defendant's motion for a retrial will have no bearing on the upcoming health care trial.  That trial date has been set for months and the Government has issued trial subpoenas and has lined up expert witnesses.  The Government does not believe that briefing a motion for a retrial should materially impact defense counsel's time to prepare for retrial, especially now that a second defense counsel has been added to the health care fraud case.  The facts underlying the health care fraud case date back to 2020 and any further delay in the trial is unwarranted."

The parties have no agreement on the timing of the second trial. We will need the Court to determine if the present date stays or is moved to a later date.

Defense counsel request that the motions' deadline and hearing date be adjusted based on the Court's determination regarding the start date of the health care fraud case.

Respectfully Submitted,


/s/ Gerald C. Ruter

_____
Gerald C. Ruter