## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

    v.

PATRICK TORMAY BRITTON-HARR

Case No. 25-cr-143-ABA

## ORDER

Having reviewed the parties' (corrected) status report (ECF No. 41), the Court hereby ORDERS as follows:

1.    The parties' proposed briefing schedule on Defendant's anticipated motion for a new trial is ADOPTED:

    a.    Motion due July 30, 2026;

    b.    Response due August 13, 2026;

    c.    Reply brief due August 20, 2026.

2.    A hearing on the motion will be held on August 26, 2026, at 10:00 a.m. (the date originally set for a sentencing hearing).

3.    The sentencing hearing in this case is CONTINUED until further order.

4.    The trial in case 25-cr-144 remains set for October 13 through 30.

Date:  July 20, 2026

                                     _____/s/_____

                                     Adam B. Abelson
                                     United States District Judge