**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NOS. ABA-25-143** |
| | * | |
| | * | |
| | * | |
| **PATRICK BRITTON-HARR,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

Upon consideration of the Government's Response in Opposition to the Defendant's Motion for New Trial, the Court hereby ORDERS an evidentiary hearing for the reasons discussed in the Government's Response in Opposition.

So ORDERED.

____________________
Date

______________________________________
The Honorable Adam B. Abelson
United States District Judge